```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECCA M. ILLENBERG,

                Plaintiff,

-against-

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

13 Civ. 9016 (AT)(SN)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On December 19, 2013, Plaintiff, Rebecca M. Illenberg, filed this action under 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's claim for Supplemental Security Income benefits. On December 30, 2013, the Court referred the matter to Magistrate Judge Sarah Netburn. The parties subsequently cross-moved for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

    After thorough review, Magistrate Judge Netburn issued a Report and Recommendation (the "R & R"), proposing that Defendant's motion be granted and Plaintiff's motion be denied. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for "clear error on the face of the record." *Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005). The Court finds no clear error.

    Accordingly, the Court ADOPTS the R & R in its entirety. Defendant's motion is GRANTED and Plaintiff's motion is DENIED.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 13 and 15 and to close the case.

    SO ORDERED.

Dated: December 9, 2014
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge